IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO.: 5:09cv132-SPM/EMT

REAL PROPERTY LOCATED AT
315 WILLOW WAY, LYNN HAVEN,
FLORIDA 32444,

    Defendant.
_____/

## ORDER GRANTING STAY

This cause comes before the Court on the Report of Attorneys' Planning Meeting. Doc. 24. OneWest Bank, F.S.B. is an innocent mortgage lienholder of the property subject to forfeiture. The parties request that the Court stay the forfeiture proceedings for 240 days to permit the bank to complete foreclosure proceedings and to deposit with the Clerk any proceeds therefrom less the among found due and owing the bank, costs of the foreclosure, expenses, and reasonable attorneys' fees. For good cause shown, it is

ORDERED AND ADJUDGED:

1.     This case is stayed until April 12, 2010.

2.     Plaintiff shall file status reports every sixty (60) days during the

period of the stay.

DONE AND ORDERED this 11th day of August, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 5:09cv132-SPM/EMT