**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                               CASE NO.  5:09cv-00132-SPM-EMT

**REAL PROPERTY LOCATED AT
315 WILLOW WAY, LYNN HAVEN,
FLORIDA 32444**

    **Defendant.**

## ORDER EXTENDING STAY

By order dated August 11, 2009, this Court entered an Order staying this case pending a resolution of a State Court foreclosure;

The United States has now informed the Court that the sale has been completed but awaiting a Final Order of Confirmation and Disbursement. The United States has further informed this Court that there appears to be proceeds in excess of One West Bank, F.S.B.'s lien, and the costs and expenses associated with the State Court foreclosure sale.  The United States now requests that the stay originally imposed be continued for a period not to exceed twenty (20) additional days in order to permit the State Court time within which to enter a Final Order disbursing the funds and transferring the excess to this Court for further proceedings.

For good cause shown; it is;

ORDERED and ADJUDGED:

The Stay imposed by this Court shall be extended for a period of twenty (20) days from the date of this Order to permit the State Court to finalize the foreclosure sale and transfer the excess proceeds from the foreclosure sale remaining after the satisfaction of the final judgment and the payment of costs and fees to the Registry of the Clerk of the United States District Court, Northern District of Florida.

DONE AND ORDERED this 4th day of June, 2010.

*s/ Stephan P. Mickle*
STEPHAN P. MICKLE
Chief United States District Judge