**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                                    **CASE NO. 5:09cv-00132-SPM-EMT**

**REAL PROPERTY LOCATED AT
315 WILLOW WAY, LYNN HAVEN,
FLORIDA 32444**

      **Defendant.**
_____/

**ORDER DISMISSING ONE WEST BANK, N.A. AS A PARTY
AND DIRECTING THE RELEASE OF THE LIS PENDENS**

This matter has been presented to the Court upon the Government's Motion filed June 18, 2010; and

It appearing that the property subject to the instant action has been sold and the forfeiture interest attaches to the proceeds remaining after the satisfaction of One West Bank's first lien interest and;

It further appearing that the real property described as 315 Willow Way, Lynn Haven, Florida being more particularly described below, upon its sale, is no longer the subject of the forfeiture action and the action is now directed at the proceeds from the sale thereof;

Lot 22, Block B of THE MEADOWS AND THE POINTE, according to the plat thereof as recorded in Plat Book 21, page(s) 40-42, of the public records of Bay County, Florida.

Being the same property as described in that certain real estate deed dated September 14, 2006, as recorded in Book 2832 at page 1964 in the public records of Bay County, Florida.

For good cause shown;

It is ORDERED that One West Bank, N.A., its claim having been resolved, is DISMISSED as a party to this case; and

It is further ORDERED that, having been sold at public auction, the real estate as described above is no longer the subject to the instant action and the interest transfers to the remaining proceeds, and therefore, the Lis Pendens filed in the instant case should be released. The Clerk is directed to provide a certified copy of this Order to the United States in order that it may record the release of the Lis Pendens.

The United States Shall have twenty (20) days from the date of this Order to file dispositive motions.

DONE and ORDERED this 19th day of July, 2010.

*s/ Stephan P. Mickle*
STEPHAN P. MICKLE
Chief United States District Judge